# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WANDA BROOKS | : | No. 267 EAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| EWING COLE, INC., D/B/A EWING COLE | : | |
| AND CITY OF PHILADELPHIA AND | : | |
| FAMILY COURT OF THE COURT OF | : | |
| COMMON PLEAS OF THE FIRST | : | |
| JUDICIAL DISTRICT COURT | : | |
| | : | |
| | : | |
| PETITION OF: FAMILY COURT OF THE | : | |
| COURT OF COMMON PLEAS OF THE | : | |
| FIRST JUDICIAL DISTRICT | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of January, 2021, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by Petitioner, is:

(1) Should this Court review the Commonwealth Court's conclusion that an order denying a summary judgment motion based on sovereign immunity does not satisfy the collateral order doctrine of Pennsylvania Rules of Appellate Procedure 313, which conflicts with statutory law and case law that this immunity is "immunity from suit" and presents a matter of first impression for this Court on a substantial legal and policy issue involving absolute immunities?

The Joint Application to File Amicus Curiae Brief is **DENIED, WITHOUT PREJUDICE** to

the applicants' ability to participate as *amici curiae* during merits briefing of the appeal.

Justice Dougherty did not participate in the consideration or decision of this matter.